**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00058-CR
No. 05-13-00059-CR

**WILLIAM SNOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-35377-S, F11-35664-S**

## ORDER

The Court **REINSTATES** the appeals.

On July 9, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and is represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing the brief is her workload; and (4) Ms. Hendrickson requested thirty days from the August 21, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **MONDAY, SEPTEMBER 23, 2013**. We note that appellant has already been granted one thirty-day extension of time to file his brief and the

brief is now almost three months overdue. Accordingly, if appellant's brief is not filed by the date specified, we will order Nanette Hendrickson and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE